E-FILED
Thursday, 27 March, 2014  01:12:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAR 27 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 14-10023 |
| ) | VIO: Title 29, United States Code, |
| ROBERT LEWIS, ) | Section 501(c) |
| ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

From in or about 2004 to in or about 2011, in Fulton County in the Central District of Illinois, the defendant,

**ROBERT LEWIS,**

while an officer of the American Federation of State, County and Municipal Employees Local Union 3585 (hereafter, "union"), did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds and assets of said labor organization, which was engaged in an industry affecting commerce, while acting as the treasurer of said union, in that, without authority, he wrote union checks to himself

from union funds in the amount of approximately $77,469 and using that money for his own purposes;

In violation of Title 29, United States Code, Section 501(c).

UNITED STATES OF AMERICA
JAMES A. LEWIS
UNITED STATES ATTORNEY

s/ John H Campbell

JOHN H. CAMPBELL
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050